IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROBERT WHITLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:20-cv-1411-RDA-TCB |
| SECTEK, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert Whitley, by and through counsel, pursuant to Rule 41(a)(ii) files this stipulation of dismissal of this matter with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ Victor M. Glasberg   4/22/22
Victor M. Glasberg, (Bar No. 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
T: (703) 684-1100
F: (703) 684-1104
vmg@robinhoodesq.com

*Counsel for Plaintiff*

/s/ Michael E. Barnsback
Michael E. Barnsback (Bar No. 33113)
O'Hagan Meyer, PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
T: (703) 775-8603
mbarnsback@ohaganmeyer.com

*Counsel for Defendant*

9